UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT NO. CR 1:17-015 |
| | ) | |
| LEROY PHILLIPS, JR. | ) | |

### ORDER

Based on the Government's motion, leave of court is granted for the dismissal with prejudice, from Indictment No. CR 1:17-015 as to Defendant Leroy Phillips, Jr.

So ORDERED, this 5th day of September 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA